IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CYRIL MARCUS STEPHENS,

     Plaintiff,

v.                                                                              CASE NO. 1:12-cv-94-MP-GRJ

UNIVERSITY OF FLORIDA,

     Defendant.

_____/

## **ORDER**

     This matter is before the Court on Plaintiff's *pro se* First Amended Complaint.
(Doc. 5.)  The First Amended Complaint was filed on May 25, 2012, naming the
University of Florida as the sole defendant.  A summons was issued on June 14, 2012,
and the return of service discloses that the University of Florida was served through
personal service on Bernard Machen on June 29, 2012.  (Docs. 7, 8.)  The University of
Florida's answer was due on July 20, 2012, but no answer has been filed and no
attorney has appeared on behalf of the defendant.  On September 6, 2012, the Court
entered an Order directing Plaintiff to show cause why this case should not be
dismissed for failure to prosecute.  (Doc. 9.)  Plaintiff has responded to the Order to
Show Cause and suggests that the University of Florida may have waived service.
(Doc. 10.)  The Clerk is therefore directed to mail copies of this Order, the Order to
Show Cause (Doc. 9), and Plaintiff's Answer to Show Cause Order (Doc.10) to the
General Counsel for the University of Florida.

Accordingly, it is **ORDERED** that

(1)     The Clerk must mail a copy of this Order, the Order to Show Cause (Doc.
        9), and Plaintiff's response to the Order to Show Cause (Doc. 10) to
        Jamie Lewis Keith, General Counsel for the University of Florida, at PO
        Box 113125, 123 Tigert Hall, Gainesville, FL 32611.

**DONE AND ORDERED** this 27th day of September, 2012.

*s / Gary R. Jones*

GARY R. JONES
United States Magistrate Judge