IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CYRIL MARCUS STEPHENS,

    Plaintiff,

v.                                                          CASE NO. 1:12-cv-94-MP-GRJ

UNIVERSITY OF FLORIDA,

    Defendant.

_____/

## **ORDER**

On May 29, 2013, the Court entered a Report and Recommendation, recommending that this case be dismissed for failure to comply with an order of the Court and failure to prosecute, because Plaintiff had failed to file a Second Amended Complaint as directed and failed to respond to a previous Order to Show Cause. (Doc. 26.) The following day, the Clerk posted two letters from Plaintiff, purporting to explain these failures. (Doc. 27, 28.) Plaintiff asserts that because he has autism and attention deficit disorder, he requires extra time to file documents, and asserts that he was experiencing stress due to additional requirements at work. Notably, Plaintiff still failed to file the required Second Amended Complaint.

Because Plaintiff is proceeding *pro se*, the Court will afford him **one** final opportunity to file a Second Amended Complaint in this case. If Plaintiff fails to comply with this Order, the Court will recommend dismissal of the case. No further extensions of time will be granted.

Upon due consideration, it is **ORDERED**:

    1.    The Report and Recommendation, Doc. 26, is **VACATED**.

2. Plaintiff must file a Second Amended Complaint **on or before June 19, 2013.**

3. **Failure to respond within the allotted time will result in a recommendation that the case be dismissed without further notice.**

**IN CHAMBERS**, at Gainesville, Florida, this 30th day of May 2013.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge