IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CYRIL MARCUS STEPHENS,

    Plaintiff,

v.                                               CASE NO. 1:12-cv-94-MP-GRJ

UNIVERSITY OF FLORIDA,

    Defendant.

_____/

## **REPORT AND RECOMMENDATION**

    Plaintiff, proceeding *pro se*, was directed to file a Second Amended Complaint by April 8, 2013. (Doc. 22.) Plaintiff requested an extension of time, Doc. 23, which was granted. (Doc. 24.) Plaintiff's Second Amended Complaint was due on May 8, 2013. On May 10, 2013, the Court entered an order directing Plaintiff to show cause why the case should not be dismissed. (Doc. 25.) Plaintiff was advised that failure to comply would result in a recommendation that this case be dismissed. Plaintiff failed to respond to the show cause order and failed to file an amended complaint.

    On May 29, 2013, the Court entered a Report and Recommendation, recommending that this case be dismissed for failure to comply with an order of the Court and failure to prosecute, because Plaintiff had failed to file a Second Amended Complaint as directed and failed to respond to the Order to Show Cause. (Doc. 26.) The following day, the Clerk posted two letters from Plaintiff, purporting to explain these failures. (Doc. 27, 28.) Plaintiff asserted that because he has autism and attention deficit disorder, he requires extra time to file documents, and asserted that he was experiencing stress due to additional requirements at work. Notably, Plaintiff still failed

to file the required Second Amended Complaint.

Because Plaintiff is proceeding *pro se*, the Court vacated the Report and Recommendation and afforded him one final opportunity to file a Second Amended Complaint. (Doc. 29.) Plaintiff was cautioned that if he failed to comply with the Order, the Court would recommend dismissal of the case. The deadline to file a Second Amended Complaint was June 19, 2013. Despite being provided with ample opportunities for compliance and multiple extensions of time, Plaintiff failed to file a Second Amended Complaint and failed to file any other papers in this case.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court and for failure to prosecute.

**IN CHAMBERS**, at Gainesville, Florida, this 21st day of June 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**