# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

CYRIL MARCUS STEPHENS,

    Plaintiff,

v.                                          CASE NO. 1:12-cv-00094-MP-GRJ

KEVIN LEE CLARKE, KIMBERLY M CZAPLEWSKI, RAFAEL E GIRO, STEVE MIDDLETON, UNIVERSITY OF FLORIDA, KENNETH W WAINWRIGHT,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 21, 2013. (Doc. 30). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is dismissed for failure to prosecute and to comply with orders of the court.

**DONE AND ORDERED** this _6th_ day of December, 2013

                                            _s/Maurice M. Paul_
                                         Maurice M. Paul, Senior District Judge